[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-12729
_____

D.C. Docket No. 1:09-cv-00955-TWT


FEDERAL TRADE COMMISSION,

Plaintiff -Counter Defendant- Appellant,

versus

WATSON PHARMACEUTICALS, INC.,
SOLVAY PHARMACEUTICALS, INC.,

Defendants - Appellees,

PAR PHARMACEUTICAL COMPANIES, INC.,
PADDOCK LABORATORIES, INC.,

Defendants-Counter Claimants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(September 9, 2013)

## ON REMAND FROM THE SUPREME COURT
## OF THE UNITED STATES

Before CARNES, Chief Judge, KRAVITCH and FARRIS,[*] Circuit Judges.

PER CURIAM:

The district court's judgment, which was entered on April 21, 2010, is VACATED, and this case is REMANDED for further proceedings consistent with the Supreme Court's opinion in <u>F.T.C. v. Actavis, Inc.</u>, — U.S. —, 133 S.Ct. 2223 (2013).

---

[*] Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.